IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KWAKU SOUL, | 1:08-cv-00490-LJO-SMS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | |
| KEN CLARK, et al., | |
| Defendants. | (DOCUMENT #6) |
| _____ / | THIRTY DAY DEADLINE |

On November 6, 2008, plaintiff filed a motion to extend time to file objections to the Magistrate Judge's findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file any objections to the findings and recommendation.

IT IS SO ORDERED.

**Dated:   November 13, 2008**         /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE