IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KWAKU SOUL, | 1:08-cv-00490-LJO-SMS (PC) |
| Plaintiff, | ORDER GRANTING FINAL EXTENSION OF TIME TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS |
| vs. | |
| KEN CLARK, et al, | (DOCUMENT #10) |
| Defendants. | DEADLINE: 02/20/2009 |
| _____/ | |

On December 8, 2008, Plaintiff filed a motion seeking an extension of time up to and including February 20, 2009, within which to file objections to the findings and recommendations filed on October 7, 2008. The Court will grant Plaintiff one final extension of time. The findings and recommendations set forth the legal standards governing Plaintiff's claims and the facts giving rise to Plaintiff's claims are within Plaintiff's knowledge. Independent legal research is not necessary, and by the expiration of the deadline set in this order, Plaintiff will have had more than four months to draft his objections, which is more than ample.

///
///
///
///

1   Plaintiff's motion for an extension of time to February 20, 2009, to file his objections is
2   HEREBY GRANTED.  <u>No further extensions of time will be granted</u>.

4   IT IS SO ORDERED.
5   **Dated:     December 10, 2008**             /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE