# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KWAKU SOUL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEN CLARK, WARDEN, et al.,<br><br>　　　　Defendants. | CASE NO. 1:08-cv-00490-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>(Docs. 1 and 5) |

Plaintiff Peter Kwaku Soul ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 7, 2008, the Magistrate Judge filed Findings and Recommendations recommending dismissal of this action for failure to state a claim. Plaintiff was initially given thirty days within which to file an objection. Plaintiff subsequently filed two motions seeking extensions of time, both of which were granted. The final extension gave Plaintiff until February 20, 2009, to object. No objection has been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 7, 2008, is adopted in full; and
2. This action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983.

IT IS SO ORDERED.

**Dated:　March 5, 2009**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE